LANSCO, INC. v. DEPT. OF ENVIRONMENTAL PROTECTION.

January 18, 1977. Petition for certification denied. (See 138 *N. J. Super.* 275, 145 *N. J. Super.* 433)

STATE OF NEW JERSEY v. CLIFFORD SEIB.

January 18, 1977. Petition for certification denied.

TYRONE'S HAVEN, INC. v.
BOROUGH COUNCIL OF THE BOROUGH OF SOUTH RIVER.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. MARTIN FORD.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH BONTEMPO.

February 1, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH ZELINSKI, JR.

February 1, 1977. Petition for certification denied.